

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00458-CV

**IN THE INTEREST OF C.F.N.,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01576
Honorable Richard Garcia, Judge Presiding

## O R D E R

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal from the termination of appellant's parental rights has been pending since the notice of appeal was filed in the trial court on July 17, 2015. Appellant's brief was originally due on August 17, 2015. On the date the brief was originally due, appellant's appointed counsel, Mr. Joe K. Bohac, filed a motion for extension of time requesting an extension of twenty days.

We GRANT the motion and Mr. Bohac is hereby ORDERED to file appellant's brief no later than September 7, 2015. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.** If Mr. Bohac does not file appellant's brief by September 7, 2015, this appeal will be abated to the trial court for appointment of new counsel.

The Clerk of this court shall cause a copy of this order to be served on Mr. Bohac by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court